UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| DON'E WHITE, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:04CV23 JCH |
| STATE OF MISSOURI, et al., | ) |
| Defendants. | ) |

## **ORDER**

This Matter is before the Court on Plaintiff's Motion for Default Judgment as to Defendant Richard Graham (Doc. No. 90), filed August 18, 2006. Defendant Graham, on October 10, 2006, responded. Accordingly, the Motion for Default Judgment will be denied.

**IT IS HEREBY ORDERED** that is Plaintiff's Motion for Default Judgment as to Defendant Richard Graham (Doc. No. 90) is **DENIED**.

Dated this 19th day of October, 2006.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE