UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| DON'E WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:04CV23 JCH |
| ) | |
| STATE OF MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on various motions by the Plaintiff. In these motions, Plaintiff complains that Defendants failed to give him all of the required discovery and as such, he is unable to respond to Defendants' various motions for summary judgment. Specifically, he complains that Defendant has not given him all of the necessary medical records. Plaintiff finds this contention is without merit. On December 5, 2006, Defendants provided the Court with an affidavit authenticating Plaintiff's medical records and stating that the records given to Plaintiff cover the relevant times. The Court, however, will grant Plaintiff an extension to file his response until February 1, 2007. The Court warns the Plaintiff, however, that it will not grant any further extension. Defendants Glen Babich, Gail Bailey, and Vanlandingham filed their Motion for Summary Judgment on October 23, 2006. Defendant Richard Graham filed his Motion for Summary Judgment on December 12, 2006. Plaintiff has had ample time to respond.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Dismiss Defendants' Exhibits (Doc. No. 144) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Extension of Time to Reply (Doc. No. 162) is **GRANTED** and Plaintiff has until **Thursday, February 1, 2007** to file his response. Failure to do so will result in the Court ruling on the motion unopposed.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Extension of Time to Reply (Doc. No. 163) is **GRANTED** and Plaintiff has until **Thursday, February 1, 2007** to file his response. Failure to do so will result in the Court ruling on the motion unopposed.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for a Writ of Prohibition (Doc. No. 164) is **DENIED**.

Dated this 16th day of January, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE